**Office of the New York State Attorney General**

> Application granted. The in-person pre-motion conference scheduled for April 29, 2025 is adjourned to May 6, 2025 at 10:30 a.m.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 9, 2025

**By ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   <u>Cordoba v. Rodriguez, et al</u>, 24 Civ. 15 (PMH)

Dear Judge Halpern:

This Office represents Defendants in the above-referenced action. I write, with the gracious consent of Plaintiff, to adjourn the in-person pre-motion conference currently scheduled for **<u>April 29, 2025</u>** at <u>**11:30 am**</u> to a date after May 2, 2025. The reason for this request is because I will be out of the country from April 19, 2025, through May 2, 2025.

I thank the Court for its time and consideration to this matter.

Respectfully submitted,

<u>/s/ *Gee Won Cha*</u>
Gee Won Cha
Assistant Attorney General
Geewon.Cha@ag.ny.gov

cc:   Counsel of Record
      (<u>via</u> ECF)